**ORIGINAL**

**SEALED BY ORDER OF THE COURT**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARK A. INCIONG    CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 4 2020

at ___ o'clock and ___ min. ___ M
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 20-00051 DKW |
| Plaintiff, | NOTICE OF RELATED CASE |
| vs. | |
| ROXANNE L. CABRAL, | |
| Defendant. | |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Indictment involves

the same transaction(s) and subject matter as the following previous proceedings:

<u>United States v. Ashley L. Jumalon</u>, Cr. No. 18-00031 SOM.

DATED: June 24, 2020, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/
MARK A. INCIONG
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA